

ROSEN & ASSOCIATES, P.C.
747 THIRD AVENUE
NEW YORK, NY 10017-2803
(212) 223-1100 TELEPHONE
(212) 223-1102 FACSIMILE

www.rosenpc.com

August 19, 2019

**VIA ELECTRONIC FILING AND E-MAIL**

Chambers of Honorable Mary Kay Vyskocil
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408
E-mail: mkv.chambers@nysb.uscourts.gov

      **Re: In re First Wives Entertainment Limited Liability Company, Case No. 16-11345; Cohen v. Aruba Productions, LLC, Adv. Pro. No. 18-01641; Cohen v. Gildea & Ivanis LLP, Adv. Pro. No. 18-01642; Cohen v. All City Family Healthcare Center, Inc., Adv. Pro. No. 18-01640; Cohen v. Nassar Hassan, Adv. Pro. No. 18-01644; Cohen v. Richard Pierpont, Adv. Pro. No. 18-01645**

Dear Judge Vyskocil:

      Our firm represents Ronald L. Cohen, solely in his capacity as Chapter 7 Trustee in the above-referenced adversary proceedings against Aruba Productions, LLC, Gildea & Ivanis LLP, All City Family Healthcare Center, Inc., Nassar Hassan and Richard Pierpont.

      This will confirm our receipt of advice from Chambers that tomorrow's pre-trial conferences in the referenced adversary proceedings will proceed at 11:00 am instead of 10:00 am.

      Please be advised that the Trustee has reached an agreement, to be memorialized in writing and brought before the Court for its approval, to settle the adversary proceeding against Aruba Productions, LLC. Under the circumstances, Aruba's counsel does not intend to appear at tomorrow's pre-trial conference. However, should the Court require his appearance, kindly let us know and we will advise him accordingly.

      We thank the Court for its attention to this matter.

      Respectfully,

      /s/ Sanford P. Rosen
      Sanford P. Rosen

cc (via e-mail):

Stephen Z. Starr, Esq. (sstarr@starrandstarr.com), counsel for Aruba Productions, LLC
Paul D. Montclare, Esq. (pdm@msk.com), counsel for Gildea & Ivanis LLP
Constantine D. Pourakis, Esq. (cp@stevenslee.com), Counsel for All City Family Healthcare Center, Inc., Nassar Hassan, and Richard Pierpont